**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION**

|  |  |  |
|---|---|---|
| **ANTENET N. SIMPSON** | ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. 1:18-CV-3098-JMC |
| v. | ) ) | |
| **CONTRACT CALLERS, INC.** | ) ) | |
| Defendant. | ) ) ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

TO THE CLERK OF COURT:

    Kindly enter Plaintiff's voluntary dismissal as to Defendant Contract Callers, Inc. with prejudice pursuant to Fed. R. Civ. P. 41.

                         **Respectfully submitted,**

BY:   /s/ *Dave Maxfield*_____
         David A. Maxfield, Fed ID 6293
         David Maxfield Attorney LLC
         PO Box 11865
         Columbia, SC 29211
         803-509-6800
         Fax: 855-299-1656
         Email: dave@consumerlawsc.com
         *Attorneys for Plaintiff*

DATED: August 2, 2019